UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 10-3727-RC                          Date: June 17, 2010

Title: Irma Arellanes v. Collecto, Inc.
================================================================
**DOCKET ENTRY**


================================================================
    HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

Jake Yerke                      None
Deputy Clerk                    Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
None Present                        None Present


**PROCEEDINGS:   (IN CHAMBERS)**


     The Court reminds plaintiff that, pursuant to Rule 4(m) of
the Federal Rules of Civil Procedure, plaintiff must serve
defendant with a copy of the summons and complaint within 120
days after the filing of the complaint, which was filed on
May 18, 2010, and plaintiff is expected to act diligently in
serving process on defendant.  Thus, plaintiff shall file proof
of service of the summons and complaint within ten (10) days of
service.  If plaintiff fails to file proof of service with the
Clerk of Court showing timely service of process on defendant, or
fails to submit a declaration explaining good cause as to the
failure to timely serve defendant, the case may be dismissed.




                                    Initials of Deputy Clerk JY_

case103\10-3727.1
6/17/10